**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NAVAJO NATION, | No. CV-93-2342-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| PEABODY COAL CO., a Delaware corporation, | |
| Defendant. | |

The Court has not been in receipt of a status report from the parties since August 23, 2006, [Doc. No. 142] despite representing in their previous Joint Statement of Progress that the parties involved in the mediation were in continuing negotiations.

Accordingly,

**IT IS HEREBY ORDERED** that the parties provide the Court with a Joint Statement of Progress no later than 30 days from the entry of this Order.

**IT IS FURTHER ORDERED** that the Joint Statement of Progress set forth, in detail, the steps the parties have taken to resolve this matter and the progress the parties have made in their settlement efforts.

DATED this 13th day of August, 2007.

Stephen M. McNamee
United States District Judge