**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE NAVAJO NATION, ) | No. CIV 93-2342-PCT-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| PEABODY COAL COMPANY, a Delaware corporation, ) | |
| Defendant. ) | |
| PEABODY WESTERN COAL COMPANY, ) | |
| Counterplaintiff, ) | |
| v. ) | |
| THE NAVAJO NATION, ) | |
| Counterdefendant. ) | |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, ) | |
| Intervenor. ) | |

Having considered the request of Peabody Coal Company (Doc. 157) to allow its representative Mary Fronszac to appear telephonically at the Rule 16 Preliminary Pretrial Conference scheduled for May 1, 2008 at 3:00 p.m. before this Court, and for good cause shown,

1    **IT IS HEREBY ORDERED** that Ms. Fronszac may appear telephonically at the
2 May 1st Rule 16 Conference. Ms. Fronszac shall call the Court on a clear telephone line at
3 2:55 p.m. Mountain Standard Time at 602-322-7555.
4    DATED this 29th day of April, 2008.

Stephen M. McNamee
United States District Judge