**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NAVAJO NATION, | No. CV-93-2342-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| PEABODY COAL CO., a Delaware corporation, | |
| Defendant. | |

Pending before the Court is Plaintiff's Unopposed Motion to Exceed the Page Limit for its Reply in Support of its Motion for Voluntary Dismissal. (Doc. 171.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Unopposed Motion to Exceed the Page Limit for its Reply in Support of its Motion for Voluntary Dismissal. (Doc. 171.) Plaintiff's Reply memorandum shall not exceed 25 pages.

DATED this 10th day of July, 2008.

Stephen M. McNamee
United States District Judge