1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8
    THE NAVAJO NATION,                    )   No. CIV 93-2342-PCT-SMM
9                                         )
    Plaintiff,                            )   **ORDER**
10                                        )
    v.                                    )
11                                        )
    PEABODY   COAL   COMPANY,   a)
12  Delaware corporation,                 )
                                          )
13  Defendant.                            )
    _____)
14  PEABODY   WESTERN   COAL)
    COMPANY,                              )
15                                        )
    Counterplaintiff,                     )
16                                        )
    v.                                    )
17                                        )
    THE NAVAJO NATION,                    )
18                                        )
    Counterdefendant.                     )
19  _____)
                                          )
20  SALT   RIVER   PROJECT)
    AGRICULTURAL   IMPROVEMENT)
21  AND POWER DISTRICT,                   )
                                          )
22  Intervenor.                           )
                                          )
23  _____)

24          Pending before the Court is Plaintiff-Counterdefendant Navajo Nation's Motion for

25  Substitution of Counsel. (Doc. 175.) Good cause appearing therefor,

26

27

28

**IT IS HEREBY ORDERED** approving and confirming the withdrawal of Britt E. Clapham II[1], as counsel of record for Navajo Nation.

**IT IS FURTHER ORDERED** that Louis Denetsosie, Attorney General of the Navajo Nation, be substituted as counsel of record for Plaintiff-Counterdefendant Navajo Nation.

DATED this 20th day of August, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] Mr. Clapham is a potential witness in this case and the Navajo Nation seeks to avoid any controversy or complications should Mr. Clapham be called to testify.