**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NAVAJO NATION, | No. CV-93-2342-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| PEABODY COAL CO., a Delaware corporation, | |
| Defendant. | |

Pending before the Court is Plaintiff's Unopposed Motion to Exceed the Page Limit for its Motion for Voluntary Dismissal. (Doc. 163.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Unopposed Motion to Exceed the Page Limit for its Motion for Voluntary Dismissal. (Doc. 163.) Plaintiff's Reply memorandum shall not exceed 30 pages.

DATED this 25th day of August, 2008.

Stephen M. McNamee
United States District Judge